**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
 *rom@heahbarnissim.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone +1.310.432.2836

*Attorneys for Plaintiffs Ted Entertainment,
Inc., Matt Fisher, and Golfholics, Inc*

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
 *joe.wetzel@lw.com*
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Nicole C. Valco (Bar No. 258506)
 *nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice
forthcoming*)
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 3:26-cv-02936-RS <br><br> **JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO RESPOND TO COMPLAINT** <br><br> Judge:  Hon. Richard Seeborg <br><br> Complaint Filed:  April 3, 2026 |

Pursuant to Civil Local Rule 6-1(a), which allows the parties to stipulate, without Court order, to extend the time to respond to a complaint, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed their complaint (the "Complaint") on April 3, 2026 (Dkt. No. 1);

WHEREAS, Apple was served in this matter on or about April 28, 2026 (Dkt. No. 13);

WHEREAS, Apple currently has until May 19, 2026, to answer or otherwise respond to the Complaint;

WHEREAS, the Parties' proposed extension will not impact any other pending deadlines;

WHEREAS, Apple has requested, and Plaintiffs have consented to, additional time for Apple to answer or otherwise respond to the Complaint;

WHEREAS, the Parties agree that an extension of Apple's time to file a responsive pleading is reasonable and serves the interests of judicial economy and efficiency;

**THEREFORE**, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

Defendant Apple's time to file a responsive pleading to the Complaint shall be, and is, extended by 43 days, to July 1, 2026.

Dated:  May 14, 2026

Respectfully submitted,

**HEAH BAR-NISSIM LLP**

By */s/ Rom Bar-Nissim*

Rom Bar-Nissim (Bar No. 293356)
 *rom@heahbarnissim.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone +1.310.432.2836

*Attorneys for Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc.*

Dated:  May 14, 2026

**LATHAM & WATKINS LLP**

By */s/ Andrew M. Gass*

Andrew M. Gass (Bar No. 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
 *joe.wetzel@lw.com*
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Nicole C. Valco (Bar No. 258506)
 *nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice forthcoming*)
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc*

**SIGNATURE ATTESTATION**

I, Rom Bar-Nissim, am the ECF user whose ID and password are being used to file this Stipulation Regarding Defendant's Deadline to Respond to Complaint.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all above signatories to the stipulation.

Dated:  May 14, 2026

**HEAH BAR-NISSIM LLP**

By ____*/s/ Rom Bar-Nissim*_____

Rom Bar-Nissim (Bar No. 293356)