**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
*rom@heahbarnissim.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone +1.310.432.2836

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
4200 Montrose Street, Suite 200
Houston, TX 77006
*jellzey@eksm.com*
*tkherkher@eksm.com*

*Attorneys for Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc.*

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
*joe.wetzel@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Nicole C. Valco (Bar No. 258506)
*nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Apple Inc.*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APPLE, INC.,

Defendant.

Case No. 3:26-cv-02936-RS

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY BRIEFING SCHEDULE**

Judge: Hon. Richard Seeborg

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on April 3, 2026 (Dkt. 1);

WHEREAS, on May 14, 2026, the Parties stipulated that Apple's response to the Complaint be extended to July 1, 2026 (Dkt. 14);

WHEREAS, on July 1, 2026, Apple filed a Motion to Dismiss the Complaint (Dkt. 28);

WHEREAS, on July 14, 2026, in response to Apple's Motion to Dismiss the Complaint, Plaintiffs filed their Amended Complaint (Dkt. 29);

WHEREAS, on July 28, 2026, Apple filed a Motion to Dismiss the Amended Complaint, noticing a hearing for October 1, 2026 (Dkt. 35);

WHEREAS, Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss the Amended Complaint is currently August 11, 2026, and Apple's deadline to file its Reply in support of its Motion to Dismiss the Amended Complaint is currently August 18, 2026;

WHEREAS, to accommodate the parties' schedules, the Parties conferred and agreed to extend Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss the Amended Complaint until August 25, 2026, and to extend Apple's deadline to file its Reply in support of its Motion to Dismiss the Amended Complaint until September 9, 2026;

WHEREAS, the Parties' proposed extension will not impact any other pending deadlines fixed by Court order;

**THEREFORE**, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Plaintiffs shall file their Opposition to Apple's Motion to Dismiss the Amended Complaint by August 25, 2026; and

2. Apple shall file its Reply in support of its Motion to Dismiss the Amended Complaint by September 9, 2026.

Dated: August 7, 2026

Respectfully submitted,

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**

By */s/ Tom Kherker*

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
4200 Montrose Street, Suite 200
Houston, TX 77006
*jellzey@eksm.com*
*tkherkher@eksm.com*

**HEAH BAR-NISSIM LLP**

Rom Bar-Nissim (Bar No. 293356)
*rom@heahbarnissim.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone +1.310.432.2836

*Attorneys for Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc.*

Dated: August 7, 2026

**LATHAM & WATKINS LLP**

By */s/ Nicole C. Valco*

Andrew M. Gass (Bar No. 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (Bar No. 238008)
*joe.wetzel@lw.com*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Nicole C. Valco (Bar No. 258506)
*nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

**KIRKLAND & ELLIS LLP**

Dale M. Cendali (SBN 1969070)
*dale.cendali@kirkland.com*
Joshua L. Simmons (*pro hac vice*)
*joshua.simmons@kirkland.com*
Josh Berlowitz (*pro hac vice*)
*josh.berlowitz@kirkland.com*
601 Lexington Ave.

New York, New York 10022
Telephone: +1.212.446.4800

*Attorneys for Defendant Apple Inc*

**SIGNATURE ATTESTATION**

I, Nicole C. Valco, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Modify Briefing Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all above signatories to the stipulation.

Dated: August 7, 2026

**LATHAM & WATKINS LLP**

By *<u>/s/ Nicole C. Valco</u>*
Nicole C. Valco (Bar No. 258506)

**~~[PROPOSED]~~ ORDER**

Having read and considered the Parties' Joint Stipulation to Modify Briefing Schedule, the following deadlines are adopted:

1. Plaintiffs shall file their Opposition to Apple's Motion to Dismiss the Amended Complaint by August 25, 2026; and
2. Apple shall file its Reply in support of its Motion to Dismiss the Amended Complaint by September 9, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/7/2026

Honorable Richard Seeborg
United States District Judge