**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice*)
TKherkher@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006

**SUSMAN GODFREY L.L.P.**
Rohit D. Nath (Bar No. 316062)
rnath@susmangodfrey.com
Michael Gervais (Bar No. 330731)
mgervais@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: +1.310.789.3100

Max Lalon Tribble, Jr. (*pro hac vice*)
mtribble@susmangodfrey.com
Justin A. Nelson (*pro hac vice*)
jnelson@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: +1.713-653-7802

*Attorneys for Plaintiffs*

**LATHAM & WATKINS LLP**
Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (Bar No. 1969070)
dale.cendali@kirkland.com
Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Josh Berlowitz (*pro hac vice*)
josh.berlowitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TED ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 3:26-cv-02936-RS

**JOINT STIPULATION TO EXTEND DEFENDANT APPLE INC.'S TIME TO FILE ITS ANSWER TO THE AMENDED COMPLAINT**

Judge: Hon. Richard Seeborg

Pursuant to Civil Local Rule 6-1(a), which allows the parties to stipulate, without Court order, to extend the time to answer a complaint, Plaintiffs Ted Entertainment, Inc. and Matt Fisher (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their initial complaint on April 3, 2026 (Dkt. 1);

WHEREAS, on May 14, 2026, the Parties stipulated to extend the deadline for Apple to respond to the Complaint to July 1, 2026 (Dkt. 14);

WHEREAS, on July 1, 2026, Apple filed its Motion to Dismiss the Complaint or, Alternatively, to Strike (Dkt. 28);

WHEREAS, on July 14, 2026, Plaintiffs filed their First Amended Class Action Complaint (the "Amended Complaint") (Dkt. 29);

WHEREAS, on July 28, 2026, Apple filed a Motion to Dismiss the Amended Complaint (the "Motion"), noticing a hearing for October 1, 2026 (Dkt. 35);

WHEREAS, on October 9, 2026, the Court entered an Order denying the Motion (Dkt. 61);

WHEREAS, the current deadline for Apple to file an Answer to the Amended Complaint is October 23, 2026;

WHEREAS, Apple has requested, and Plaintiffs have consented to, additional time for Apple to answer the Amended Complaint;

WHEREAS, the Parties agree that an extension of Apple's time to file its answer is reasonable and serves the interests of judicial economy and efficiency;

WHEREAS, the Parties have thus agreed to extend the deadline for Apple to answer the Amended Complaint to December 18, 2026;

WHEREAS, the Parties' agreed-upon extension will not alter the date of any event or any deadline already fixed by Court order;

**THEREFORE**, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

1. Apple's deadline to file its answer to the Amended Complaint shall be, and is, December 18, 2026.

Dated: October 16, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By _/s/ Nicole C. Valco_

Andrew M. Gass (Bar No. 259694)
andrew.gass@lw.com
Joseph R. Wetzel (Bar No. 238008)
joe.wetzel@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Nicole C. Valco (Bar No. 258506)
nicole.valco@lw.com
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Elana Nightingale Dawson (pro hac vice)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

**KIRKLAND & ELLIS LLP**
Dale M. Cendali (Bar No. 1969070)
dale.cendali@kirkland.com
Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Josh Berlowitz (*pro hac vice*)
josh.berlowitz@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendant Apple Inc.*

Dated: October 16, 2026

**SUSMAN GODFREY L.L.P.**

By _/s/ Michael Gervais_

Rohit D. Nath (Bar No. 316062)
rnath@susmangodfrey.com
Michael Gervais (Bar No. 330731)
mgervais@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: +1.310.789.3100

Max Lalon Tribble, Jr. (*pro hac vice*)
mtribble@susmangodfrey.com
Justin A. Nelson (*pro hac vice*)
jnelson@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: +1.713-653-7802

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice*)
TKherkher@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006

**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I, Nicole C. Valco, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Defendant Apple Inc.'s Time to File its Answer to the Amended Complaint. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all above signatories to the stipulation.

Dated: October 16, 2026

**LATHAM & WATKINS LLP**

By */s/ Nicole C. Valco*
Nicole C. Valco (Bar No. 258506)