UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATT FISHER,
Plaintiff,

v.

APPLE, INC.,
Defendant.

Case No. 26-cv-02936-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on November 5, 2026. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be February 11, 2027. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2. DISCOVERY.

On or before September 24, 2027, all non-expert discovery for purposes of class certification shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses for purposes of class certification shall proceed as follows:

United States District Court
Northern District of California

United States District Court
Northern District of California

a. On or before November 3, 2027, parties will provide initial expert disclosures and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before December 17, 2027, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before January 28, 2028, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. DISCOVERY DISPUTES.

To the extent that a dispute arises regarding discovery, the issue will be referred to a Magistrate Judge. To initiate a referral, the Parties should file a notice of need for discovery referral. Since the parties have already pointed to two disputes regarding ESI custodians and limits on the scope of discovery by meeting and conferring, those disputes are hereby REFERRED to a Magistrate Judge, to be assigned later. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

5. ALTERNATIVE DISPUTE RESOLUTION.

The parties indicated that alternative dispute resolution would not be productive at this time. Nonetheless, the parties are encouraged to consider and engage in alternative dispute resolution when appropriate.

6. CLASS CERTIFICATION.

a. On or before **February 23, 2028**, Plaintiff will file a motion for class certification.

b. On or before **March 29, 2028**, Defendant will file its opposition to class certification.

c. On or before **April 19, 2028**, Plaintiff will file any reply, if any, to defendant's opposition.

d. Plaintiff's motion for class certification shall be heard on **May 11, 2028**, **at 1:30 PM.,** in Courtroom 12, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

7. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

8. FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **June 1, 2028, at 10:00 AM.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

9. PRETRIAL MOTIONS.

All pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. The Court will set a timeline by which to hear all pretrial motions in coordination with the parties and after adjudicating the motion to certify a class. The Court encourages the participation at oral argument of lawyers who are early in their professional career (*e.g.*, 0-10 years of experience).

**IT IS SO ORDERED**.

Dated: November 17, 2026

RICHARD SEEBORG
United States District Judge